**JOHN H. RING, III**
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

Receipt #11090840
$62.26

TEL: (716) 831-1994

November 1, 2010

Paul R. Warren, Clerk of Court
U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501



    Re:   William D. Everhart/Edna K. Everhart
           Bk. No. 07-03321K
           Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $62.26. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds.".

    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

Claimant -    <u>Spirit of America National Bank</u>    Amount $62.26    Claims Register #4
               <u>Arizona Mail Order</u>

    If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.